United States District Court
Southern District of Texas
**ENTERED**
August 24, 2017
David J. Bradley, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE JOHNSON, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-16-262 |
| CAMERON INTERNATIONAL CORPORATION, | § § § | |
| *Defendant*. | § | |

### FINAL JUDGMENT

Pursuant to the order entered on this date, defendant Mitsubishi Caterpillar Forklift America Inc.'s motion for summary judgment (Dkt. 14) is GRANTED. All of plaintiff Willie Johnson's claims are DISMISSED WITH PREJUDICE. Judgment is ENTERED in favor of the defendant.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on August 24, 2017.

_____
Gray H. Miller
United States District Judge